IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Eddie Lane, | ) Case No. 3:18-cv-01386-JMC |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| New Gencoat, Inc.; Genesis Worldwide II Inc.; Pegasus Partners II L.P.; KPS Special Situation Funds L.P.; Gencoat Inc.; Genesis Worldwide Inc.; Mitsubishi Heavy Industries, Ltd; Mitsubishi Heavy Industries America, Inc.; Hitachi Ltd; Hitachi America, Ltd; Mitsubishi-Hitachi Metals Machinery, Inc; Mitsubishi-Hitachi Metals Machinery USA, Inc.; Primetals Technologies Ltd.; Primetals Technologies USA Holdings, Inc.; and Primetals Technologies USA LLC, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT GENESIS WORLDWIDE II, INC.**

Plaintiff Eddie Lane, by and through his undersigned counsel, submits this notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby dismisses the above-captioned action as to defendant Genesis Worldwide II, Inc., without prejudice and with each party to bear its own costs.

Respectfully submitted,

s/J. Clarke Newton
J. Clarke Newton (Federal ID#11598)
Bluestein Thompson Sullivan, LLC
1614 Taylor Street
PO Box 7965
Columbia, South Carolina 29202
Phone: (803) 779-7599
Facsimile: (803) 771-8097

June 14, 2018                                      ATTORNEY FOR THE PLAINTIFF
Columbia, South Carolina