IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
Civil Action No. 3:18-cv-01386-JMC

| | |
|---|---|
| EDDIE LANE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW GENCOAT, INC., GENESIS )<br>WORLDWIDE II INC., PEGASUS )<br>PARTNERS II, L.P., KPS SPECIAL )<br>SITUATION FUNDS L.P., GENCOAT INC., )<br>GENESIS WORLDWIDE, INC., )<br>MITSUBISHI HEAVY INDUSTRIES, LTD., )<br>MITSUBISHI HEAVY INDUSTRIES )<br>AMERICA, INC., HITACHI LTD., )<br>HITACHI AMERICA, LTD., )<br>MITSUBISHI-HITACHI METALS MACHINERY, )<br>INC., MITSUBISHI-HITACHI METALS )<br>MACHINERY USA, INC., PRIMETALS )<br>TECHNOLOGIES, LTD., PRIMETALS )<br>TECHNOLOGIES USA HOLDINGS, INC., )<br>AND PRIMETALS TECHNOLOGIES USA, )<br>LLC, )<br>)<br>Defendants. )<br>_____ ) | **NOTICE OF VOLUNTARY<br>DISMISSAL WITHOUT<br>PREJUDICE OF DEFENDANTS<br>PRIMETALS TECHNOLOGIES<br>USA LLC, PRIMETALS<br>TECHNOLOGIES USA<br>HOLDINGS, INC. AND<br>PRIMETALS TECHNOLOGIES<br>LTD.** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Eddie Lane hereby gives notice of voluntary dismissal without prejudice of all claims against Primetals Technologies USA, LLC, Primetals Technologies USA Holdings, Inc., Primetals Technologies USA, LLC as successor by merger with Primetals Technologies USA Holdings, Inc., and Primetals Technologies, Ltd.

This the 15 day of June, 2018.

2

 

BLUESTEIN THOMPSON SULLIVAN, LLC

s/ J. Clarke Newton
J. Clarke Newton, Esq.
Allison P. Sullivan, Esq.
1614 Taylor Street
Post Office Box 7965
Columbia, South Carolina 29202
(803) 779-7599 telephone
(803) 771-8097 (Facsimile)

Attorney for Plaintiff