# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Eddie Lane,<br><br>   Plaintiff,<br><br> v.<br><br>New Gencoat, Inc.; Genesis Worldwide II Inc.; Pegasus Partners II, L.P.; KPS Special Situation Funds L.P.; Gencoat Inc.; Genesis Worldwide Inc.; Mitsubishi Heavy Industries, Ltd; Mitsubishi Heavy Industries America, Inc.; Hitachi Ltd; Hitachi America, Ltd; Mitsubishi-Hitachi Metals Machinery, Inc.; Mitsubishi-Hitachi Metals Machinery USA, Inc.; Primetals Technologies Ltd.; Primetals Technologies USA Holdings, Inc.; and Primetals Technologies USA LLC,<br><br>   Defendants. | C/A No.: 3:18-CV-01386-JMC<br><br>**NOTICE OF DISMISSAL<br>OF PEGASUS PARTNERS II, L.P.** |

  Plaintiff Eddie Lane, by and through his undersigned counsel, submits this notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and hereby dismisses the above-captioned action as to defendant Pegasus Partners II, L.P., without prejudice and with each party to bear its own costs.

            Respectfully submitted,

            s/J. Clarke Newton_____
            J. Clarke Newton (Federal ID#11598)
            Bluestein Thompson Sullivan, LLC
            1614 Taylor Street
            PO Box 7965
            Columbia, South Carolina 29202
            Phone: (803) 779-7599
            Facsimile: (803) 771-8097

June 15, 2018         ATTORNEY FOR THE PLAINTIFF
Columbia, South Carolina