# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Eddie Lane, | ) Civil Action No. 3:18-01386-JMC |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| New Gencoat, Inc.; Genesis Worldwide II Inc.; Pegasus Partners II L.P.; KPS Special Situation Funds L.P.; Gencoat Inc.; Genesis Worldwide Inc; Mitsubishi Heavy Industries, Ltd; Mitsubishi Heavy Industries America, Inc.; Hitachi Ltd; Hitachi America, Ltd; Mitsubishi-Hitachi Metals Machinery, Inc.; Mitsubishi-Hitachi Metals Machinery USA, Inc.; Primetals Technologies Ltd.; Primetals Technologies USA Holdings, Inc.; and Primetals Technologies USA LLC, | ) **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS HITACHI, LTD. AND HITACHI AMERICA, LTD.** |
| Defendants. | ) |

The above-named parties stipulate and agree, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, that all claims asserted against Hitachi, Ltd. and Hitachi America, Ltd., are hereby dismissed in their entirety, without prejudice, hereby ending any litigation, disputes, or attempts to obtain relief or damages of any form or nature for any and all matters which were alleged or could have been alleged in this case against Hitachi, Ltd. and Hitachi America, Ltd.

This stipulation does not dismiss or otherwise affect Plaintiff's claims against the other Defendants in this case. The parties further stipulate and agree that they shall be responsible for their own costs and attorneys' fees.

*<<<Signatures begin on next page>>>*

**WE SO STIPULATE:**

BLUESTEIN THOMPSON SULLIVAN, LLC

By: s/J. Clarke Newton
    J. Clarke Newton
    Allison P. Sullivan
    1614 Taylor Street
    P.O. Box 7965
    Columbia, SC 29202

*Attorneys for Plaintiff*

Columbia, South Carolina

June 15, 2018

**WE SO STIPULATE:**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: <u>s/Jay T. Thompson</u>
    Jay T. Thompson
    Federal Bar No. 09846
    E-Mail: jay.thompson@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for Defendants Hitachi, Ltd. and Hitachi America, Ltd.*

Columbia, South Carolina

June 15, 2018