IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Eddie Lane, | ) |
| | ) Civil Action No.: 3:18-cv-01386-JMC |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) PLAINTIFF'S RESPONSE IN OPPOSITION OF |
| New Gencoat, Inc., Gencoat Inc., | ) DEFENDANT'S MOTION TO DISMISS |
| Genesis Worldwide Inc., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Plaintiff Eddie Lane submits this response to the Defendant New Gencoat's motion to dismiss outlining why the court should deny the motion and allow the Plaintiff an opportunity to amend the Complaint.

### FOURTH CIRCUIT RULES AND PRECEDENT

Federal Rule of Civil Procedure 15(a)(1)(B) provides that a party may amend its pleading once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). Amendment should be refused only if it appears to a certainty that the plaintiff cannot state a claim. *Ostrzenski v. Seigel*, 177 F.3d 245, 253 (4th Cir. 1999). The Fourth Circuit has stated that a plaintiff must be given every opportunity to cure a formal defect in his pleading. *Id*. at 252-53.

### CONCLUSION

-1-

For these reasons, the Plaintiff respectfully requests that the Defendant's motion to dismiss be denied.

Respectfully submitted this 2nd day of July, 2018.

By: s/J. Clarke Newton
J. Clarke Newton, Esq. (Federal ID#11598)
Allison P. Sullivan, Esq. (Fed ID# 10480)
Bluestein Thompson Sullivan, LLC
1614 Taylor Street
PO Box 7965
Columbia, South Carolina 29202
Phone: (803) 779-7599
Facsimile: (803) 771-8097
*ATTORNEY FOR THE PLAINTIFF*

July 2, 2018
Columbia, South Carolina