AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Eddie Lane | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    3:18-01386-JMC |
| New Gencoat Inc | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: summary judgment is entered for the Defendant against the Plaintiff and this action is dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted the defendant's  motion for summary judgment based on application of the statute of repose.

Date:    January 6, 2022                                                          *CLERK OF COURT*

                                                                                                            s/Angie Snipes
                                                                                    _____
                                                                                         *Signature of Clerk or Deputy Clerk*